**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Jose HERNANDEZ, Respondent.**

Supreme Court of Pennsylvania.

May 13, 2004.

## ORDER

PER CURIAM.

AND NOW, this 13th day of May, 2004, the Petition for Allowance of Appeal is hereby GRANTED. The Superior Court's judgment is VACATED and Respondent's PCRA petition is hereby DISMISSED. *Commonwealth v. Robinson*, 575 Pa. 500, 837 A.2d 1157 (2003).